Argued and submitted November 30, reversed December 14, 1988

## STATE OF OREGON,
*Respondent,*

*v.*

## RODNEY CLARK HANSON,
*Appellant.*

(783067; CA A48493)

764 P2d 1383

Glenn N. Solomon, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Margaret E. Rabin, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for driving while suspended. The state concedes that the Motor Vehicles Division erroneously suspended defendant's driver's license, because the statutes that it purported to rely on (*former* ORS 482.440 and ORS 484.415(1)) had been repealed when MVD issued its suspension notice on February 2, 1987. *See* Or Laws 1985, ch 16, § 3(4). The statute in effect at that time, ORS 809.300(3), did not authorize MVD to suspend defendant's license.

Because defendant's license had not been suspended validly at the time he was charged with driving while suspended, he may not be convicted of that offense.

Reversed.